UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**TERRENCE O'BRIEN TIPPIT**
S.S. No.: xxx-xx-7679
Mailing Address: PO BOX 52622, Durham, NC 27717-

Case No. 10-81083

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on June 21, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 1, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 6/17/10 |
|---|---|
| Lastname-SS#: | Tippit-7679 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | N/A | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | N/A | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| N/A | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | N/A | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Hart Acquisitions & Finance | 1 | $3,200 | 5.00 | | $127.88 | 1993 Honda Accord LX |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part) | Amount

| | |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES | Secured Amt

| | |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS | Amount

| | |
|---|---|
| IRS Taxes | $1,240 |
| State Taxes | $985 |
| Personal Property Taxes | $609 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt

| | | |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED | Amount**

| | | |
|---|---|---|
| DMI= | None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$268** per month for **36** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **11.13** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE          (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Internal Revenue Service (ED)**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Focus Receivables Management<br>1130 Northchase Parkway, Ste 1<br>Marietta, GA 30067 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Hart Acquisitions & Finance Inc.<br>3100 N. Roxboro Road<br>Durham, NC 27704 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | American Honda Finance Corp.<br>P.O. Box 105027<br>Atlanta, GA 30348-5027 | Hart Finance<br>5209 Oak Park Road<br>Raleigh, NC 27612 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | American Honda Finance Corporation<br>8601 McAlpine Park Drive<br>Suite 230<br>Charlotte, NC 28211 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Best Buy<br>c/o Household Retail Services<br>Post Office Box 15521<br>Wilmington, DE 19850-5521 | North Carolina Department of Re'<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Best Buy<br>c/o Household Retail Services<br>Post Office Box 5238<br>Carol Stream, IL 60197-5238 | North Carolina Dept of Revenue*<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Innovis Data Solutions<br>Attn: Consumer Assistance<br>P.O. Box 1534<br>Columbus, OH 43216-1534 | Direct Merchants Bank<br>Post Office Box 5250<br>Carol Stream, IL 60197-9641 | Orchard Bank<br>c/o HSBC Card Services<br>Post Office Box 5222<br>Carol Stream, IL 60197-5222 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Direct Merchants Bank<br>Post Office Box 5241<br>Carol Stream, IL 60197-5241 | Orchard Bank**<br>c/o HSBC Card Services<br>Post Office Box 80084<br>Salinas, CA 93912-0084 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 | SunTrust<br>Recovery Department<br>Post Office Box 85041<br>Richmond, VA 23285-5041 |

SunTrust Bank
Post Office Box 85160
Richmond, VA 23285-5160


Verizon Wireless
Post Office Box 105378
Atlanta, GA 30348


Verizon Wireless
Post Office Box 660108
Dallas, TX 75266-0108